UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-26002 |
| HERITAGE VILLAGE POINTE | ) | (Jointly Administered) |
| CONDOMINIUM ASSOCIATION, | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF NYHAN, BAMBRICK, KINZIE & LOWRY, P.C. AS SPECIAL COUNSEL TO THE TRUSTEE AND FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the first and final application (the "Application") (capitalized terms not defined herein shall have the meaning ascribed to them in the Application) of NYHAN, BAMBRICK, KINZIE & LOWRY, P.C. ("NBKL") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2002(i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $31,994.00 in compensation for 172.4 hours of professional services rendered as bankruptcy counsel to the Trustee for the period beginning July 24, 2012 through and including January 28, 2013 (the "Application Period") and the reimbursement of $833.40 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; and there being no sustainable objection to the requested relief, it is hereby ORDERED:

(a) Notice of the Application as provided for therein is sufficient;

(b) The Application is approved and allowed as final;

(c) NBKL is allowed $31,994.40 in compensation for the Application Period;

(d) NBKL is allowed $833.40 in expense reimbursement for the Application Period; and

(e) The Trustee is authorized to pay NBKL the allowed compensation and expense reimbursements in the amount of $27,827.40 as estate funds become available.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: July 9, 2013

United States Bankruptcy Judge

**Prepared by:**
John Guzzardo
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654

Rev: 20130104_bko

Tel: (312) 541-0151
Fax: (312) 980-3888

Rev: 20130104_bko