11-26002:437.4:Application for Compensation:Proposed Order Order Approving Second and Final Fee Application of KSN Entered: 8/6/2013 4:27:12 PM by:Ronald Ka

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HERITAGE VILLAGE POINTE ) | Case No. 11-26002 (Chapter 11) |
| CONDOMINIUM ASSOCIATION, ) | Case No. 11-26003 (Chapter 11) |
| Debtor. ) | Jointly Administrated |
| ) | |
| -AND- ) | |
| ) | Hon. Jacqueline P. Cox |
| ) | |
| FOREST RIDGE CONDOMINIUM ) | |
| SUBASSOCIATION, ) | |
| Debtor. ) | |

**ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF KOVITZ
SHIFRIN NESBIT, AS SPECIAL COUNSEL AND FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Second and Final Fee Application (the "Application") (capitalized terms not defined herein shall have the meaning ascribed to them in the Application) of KOVITZ SHIFRIN NESBIT ("KSN") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2002(i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $102,441.50 in compensation for 512.65 hours of professional services rendered as bankruptcy counsel to the Trustee for the period beginning July 20, 2012 through and including July 8, 2013 (the "Application Period") and the reimbursement of $51,138.15 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; and there being no sustainable objection to the requested relief, it is hereby ORDERED:

(a)  Notice of the Application as provided for therein is sufficient;

(b)  The Application is approved and allowed as final;

(c)  KSN is allowed $102,441.50 in compensation for the Application Period;

(d)  KSN is allowed $51,138.15 in expense reimbursement for the Application Period; and

(e)  The Trustee is authorized to pay KSN the allowed compensation in the amount of $102,441.50 and expense reimbursements in the amount of $51,138.15 as estate funds become available.

1

CHER021:00100\1865407.1

11-26002:437.4:Application for Compensation:Proposed Order Order Approving Second and Final Fee Application of KSN Entered: 8/6/2013 4:27:12 PM by:Ronald Ka

ENTER: *Jacqueline P. Cox*
J. Cox

Dated: AUG 28 2013

**United States Bankruptcy Judge**

*Prepared By:*

Ronald J. Kapustka, Esq.
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
847.537.0500
Fax 847.537.0550
(rkapustka@ksnlaw.com)

2

CHER021:00100\1865407.1